```
 1  EILEEN M. DECKER
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    RUTH M. KWON (Cal. Bar No. 232569)
 4  Assistant United States Attorney
         Federal Building, Suite 7516
 5       300 North Los Angeles Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-3038
         Facsimile: (213) 894-7819
 7       E-mail: ruth.kwon@usdoj.gov

 8  Attorneys for Defendant
    United States Department of Defense
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LOS ANGELES TIMES COMMUNICATIONS LLC AND DAVID WILLMAN, | No. CV 15-00319 DDP(FFM) |
|---|---|
| Plaintiff, | **RECEIPT IN FULL SATISFACTION OF SETTLEMENT AMOUNT** |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, | |
| Defendant. | |

1   RECEIPT IS HEREBY ACKNOWLEDGED by Plaintiffs Los Angeles Times
2   Communications LLC and David Willman by and through their attorney of record, the
3   law firm of Ram, Olson, Cereghino & Kopczy, of the following designated United States
4   Treasury check in full satisfaction of their settlement agreement with the United States
5   Department of Defense.

| Check No.: | Check Date: | Payable To: | Amount: |
|---|---|---|---|
| 8522 17182324 | 06/26/2015 | Ram, Olson, Cereghino & Kopczy | $15,000.00 |

Dated: July 13, 2015              Ram, Olson, Cereghino & Kopczy

_/s/ Karl Olson_
KARL OLSON, ESQ,

Attorneys for Plaintiffs
Los Angeles Times Communications LLC,
and David Willman

1