JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES TIMES COMMUNICATIONS LLC AND DAVID WILLMAN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>　　　　　Defendant.<br>_____ | Case No. CV 15-00319 DDP (FFMx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: July 17, 2015

　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　United States District Judge